UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 07-22919-CIV-MORENO**

FLORIDA STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP) as an organization and representative of its members, *et al*.,
    Plaintiff,
vs.
KURT S. BROWNING in his official capacity as Secretary of State for the State of Florida,
    Defendant.
_____/



## ORDER DENYING MOTION TO COMPEL AND CLOSING CASE

It is **ADJUDGED** that Plaintiffs' Motion to Compel the Production of Documents (**D.E. 1**) filed on **November 11, 2007** is **DENIED** for the reasons stated in Open Court, this 10th day of December, 2007. Specifically the Court finds that the information sought from the Supervisor of Elections in Miami Dade County (voters' drivers licenses and signatures, plus Social Security numbers) is at this time exempt from disclosure. The Plaintiff has not, at this stage of the litigation in the Northern District of Florida, made a sufficient showing of "exceptional necessity" or "extraordinary circumstances".

Further, it is **ADJUDGED** that there are no more pending matters in this case, and therefore this case is **CLOSED**.

DONE AND ORDERED in Open Court at Miami, Florida, this _11_ day of December, 2007.


_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to: Counsel of Record